UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
MENORA MIVTACHIM INSURANCE LTD.  :   ECF CASE
a/s/o PLIVA CROATIA, LTD.,       :
                                 :
          Plaintiff,             :   Case No.  12-CV-5806 (DLC)
   - against -                   :
                                 :
DHL GLOBAL FORWARDING and SOCIETE AIR   :
FRANCE,                          :   **NOTICE OF APPEARANCE**
                                 :
          Defendants.            :
-----------------------------------------  :
SOCIETE AIR FRANCE               :
                                 :
          Third-Party Plaintiff, :
                                 :
   - against -                   :
                                 :
D.C. DYNA, INC. d/b/a CAVALIER LOGISTICS,   :
                                 :
          Third-Party Defendant. :
------------------------------------------x

**PLEASE TAKE NOTICE** that Crowell & Moring LLP hereby appears as counsel of record to third-party defendant D.C. DYNA, INC. d/b/a CAVALIER LOGISTICS, and requests that all papers and notices of all proceedings in the above-captioned action be sent to the undersigned.

Dated: January 30, 2013
       New York, New York

                              CROWELL & MORING LLP

                         By:  s/Harry P. Cohen
                              Harry P. Cohen, Esq.

                              590 Madison Avenue
                              New York, NY 10022
                              Tel.: (212) 223-4000
                              Fax: (212) 223-4134
                              *Attorneys for Third-Party Defendant D.C. Dyna, Inc. d/b/a/ Cavalier Logistics*

DCACTIVE-22188188.1