UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MENORA MIVTACHIM INSURANCE LTD. a/s/o PLIVA CROATIA, LTD., <br><br>                    Plaintiff,<br><br>- against -<br><br>DHL GLOBAL FORWARDING and SOCIETE AIR FRANCE,<br><br>                    Defendants.<br>-----------------------------------------------------------<br>SOCIETE AIR FRANCE<br><br>                    Third-Party Plaintiff,<br><br>- against -<br><br>D.C. DYNA, INC. d/b/a CAVALIER LOGISTICS,<br><br>                    Third-Party Defendant. | ECF CASE<br><br>Case No.  12-CV-5806 (DLC)<br><br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, third-party defendant D.C. Dyna, Inc., d/b/a Cavalier Logistics, by its undersigned counsel, hereby states as follows:

1.      D.C. Dyna, Inc. d/b/a Cavalier Logistics has no parent corporation or publicly-held corporation owning 10% or more of its stock.

Dated: New York, New York
         February 4, 2013

                                       CROWELL & MORING LLP

                                       By: *s/Harry P. Cohen*
                                          Harry P. Cohen, Esq.

                                       590 Madison Avenue
                                       New York, NY 10022
                                       Tel.:  (212) 223-4000
                                       Fax:  (212) 223-4134
                                       *Attorneys for Third-Party Defendant D.C. Dyna, Inc. d/b/a/ Cavalier Logistics*