UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
MENORA MIVTACHIM INSURANCE LTD., a/s/o   :    12 Civ. 5806 (DLC)
PLIVA CROATIA LTD.,                     :
                                        :    ORDER OF
              Plaintiff,                :    DISCONTINUANCE
                                        :
        -v-                             :
                                        :
DHL GLOBAL FORWARDING and SOCIETE AIR    :
FRANCE,                                 :
                                        :
              Defendants.               :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    It having been reported to this Court that this case has been settled, it is hereby

    ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:   New York, New York
         February 8, 2013

                                    _____
                                           DENISE COTE
                                    United States District Judge