

# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**MEMO ENDORSED**

**Vincent M. DeOrchis**
Admitted in New York

437 Madison Avenue
29th Floor
New York, NY 10022
Tel: 212-867-9500

Direct Dial: 212-551-7730
Fax: 212-599-1759
Email: vdeorchis@mmwr.com

March 8, 2013

**RECEIVED MAR 8 2013 DENISE COTE**

<u>VIA EMAIL:</u> *CoteNYSDChambers@nysd.uscourts.gov.*

Honorable Justice Denise Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/8/13

Re: *Menora Mivtachim Insurance Ltd., a/s/o Pliva Croatia Ltd. v. DHL Global Forwarding and Societe Air France*
<u>12 Civ. 5806</u>
Our file no.: 37651.00005

Dear Judge Cote:

We represent Plaintiff in the above-referenced matter. On February 7, 2013, the parties agreed to settlement terms after a Settlement Conference before Magistrate Judge Ellis. In accordance with the terms of your attached Order dated February 8, 2013, this matter is to be dismissed as of March 10, 2013, without prejudice to an application to restore the action to the Court's calendar.

We regret to advise the Court that, as of today's date, Plaintiff has not received settlement funds and the parties are still in the process of finalizing the settlement. We understand that as regards the Release by the plaintiff, it is currently being reviewed by counsel for D.C. Dyna and DHL Global Forwarding. We also understand that the co-defendants may be considering a separate release between themselves.

Therefore, we respectfully request that this matter be restored to the Court's calendar and the Court grant an extension to the attached Order up to and including March 22, 2013. We hope that will be sufficient time to conclude this matter.

*The action is restored to the Court's calendar. The 11/27/12 Scheduling Order remains in effect.*
*Denise Cote*
*March 8, 2013*

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
LOUIS A. PETRONI, NEW JERSEY RESPONSIBLE PARTNER

Montgomery McCracken Walker & Rhoads LLP

March 8, 2013
Page 2

      We thank the Court for its consideration of our request.

                                            Respectfully yours,

                                            S/Vincent M. DeOrchis
                                            Vincent M. DeOrchis

VMD:kc
Attachment
3406497v1  03/08/2013

cc:

*VIA EMAIL: prmcelduff@duanemorris.com*

Duane Morris LLP
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, NJ 07102-5429
Attention: P. Ryan McElduff


*VIA EMAIL: mcarolan@crowell.com*

Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC  20004-2595
Attention: Michael T. Carolan


*VIA EMAIL: Barry.Alexander@clydeco.us*

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue, 16th Floor
New York, NY 10174
Attention: Barry Alexander, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
:
MENORA MIVTACHIM INSURANCE LTD., a/s/o  :  12 Civ. 5806 (DLC)
PLIVA CROATIA LTD.,                     :
                                        :  ORDER OF
             Plaintiff,                 :  DISCONTINUANCE
                                        :
        -v-                             :
                                        :
DHL GLOBAL FORWARDING and SOCIETE AIR   :
FRANCE,                                 :
                                        :
             Defendants.                :
                                        :
---------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/13

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

    SO ORDERED:

Dated:   New York, New York
         February 8, 2013

                                    _____
                                            DENISE COTE
                                       United States District Judge