Cote, D.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x   AH-3515

MENORA MIVTACHIM INSURANCE LTD.   :
a/s/o PLIVA CROATIA LTD.,

                                      :

               Plaintiff,   Case No: 12-CV-5806 (DLC)

                                  :

     - against -   **STIPULATION AND
ORDER OF DISMISSAL**

DHL GLOBAL FORWARDING and SOCIETE   :
AIR FRANCE,

                                  :

               Defendants.

------------------------------------------------------:

SOCIÉTÉ AIR FRANCE,

               Third-Party Plaintiff,   :

     - against -

D.C. DYNA, INC. d/b/a CAVALIER LOGISTICS,   :

               Third-Party Defendant.

------------------------------------------------------x

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/13

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorney of record for all the parties to the above-entitled matter that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action and third-party action by, between and against all of the parties be, and the same hereby are dismissed with prejudice and without costs to any party as against each other.

Dated: April 8, 2013

So ordered.

_Denise Cote_
April 17, 2013

MONTGOMERY, McCRACKEN, WALKER
  & RHOADS, LLP

By
    Vincent M. DeOrchis (VD 6515)
437 Madison Avenue, 29th Floor
New York, New York 10022
(212) 201-1931
Attorneys for Plaintiff
Menora Mivtachim Insurance Ltd.
a/s/o Pliva Croatia, Ltd.

CLYDE & CO US LLP

By
    Andrew J. Harakas (AH 3515)
405 Lexington Avenue, 16th Floor
New York, New York 10174
(212) 710-3900
Attorneys for Defendant/Third-Party Plaintiff
Société Air France

DUANE MORRIS LLP

By
    P. Ryan McElduff (PM 2596)
    James W. Carbin (JC 5004)
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1800
Newark, New Jersey 07102-5429
(973) 424-2000
Attorneys for Defendant
DHL Global Forwarding

Crowell & Moring LLP

By
    Harry P. Cohen, Esq. (HC 1031486)
590 Madison Avenue
New York, New York 10022
(212) 223-4000
Attorneys for Third-Party Defendant
D.C. Dyna, Inc. d/b/a Cavalier Logistics

SO ORDERED:

_____
    U.S.D.J.